UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE L JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>LENDINGCLUB CORPORATION,<br><br>    Defendant. | Case No. 24-cv-02541-LJC<br><br>**CASE MANAGEMENT SCHEDULE** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Defendants' initial disclosures (if not already served): | November 14, 2024 |
| Joint case management statement: | March 27, 2025 |
| Further case management conference: | April 3, 2025 |
| Deadline to join parties and amend pleadings:[1] | April 30, 2025 |
| Fact discovery cut-off: | April 30, 2025 |
| Opening expert reports and disclosures: | May 30, 2025 |
| Rebuttal expert reports and disclosures: | June 20, 2025 |
| Expert discovery cut-off: | July 7, 2025 |
| ADR deadline: | July 11, 2025 |
| Last day to file dispositive motions and *Daubert* motions: | July 28, 2025 |
| Last day to hear dispositive motions and *Daubert* motions: | September 2, 2025 |

---

[1] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

| | | |
|---|---|---|
| 1 | Pretrial conference:[2] | November 13, 2025 1:30 PM |
| 2 | Jury trial: | December 1, 2025 |
| 3 | | (5 days) |

**IT IS SO ORDERED.**

Dated: November 8, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[2] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.